# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| JEFFREY GARDNER<br><br>　　　　Plaintiff,<br><br>v.<br><br>JASON BOHANNAN; JAMIE WILSON; JAMES JACOBS; LARRY PERRY; GARRETT ABLE; CHRISTOPHER BEERS; AND DILLON VEAL,<br><br>　　　　Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**5:24-CV-00081-LGW-BWC** |

## NOTICE OF ALTERNATIVE DISPUTE RESOLUTION AND CASE MANAGEMENT PROCEDURES

COMES NOW Dillon Veal, PA, a named Defendant in the above-referenced civil action ("Defendant Veal"), and files this Notice of Alternative Dispute Resolution and Case Management Procedures, showing this Court as follows:

1.

If all parties in a case elect to do so, a civil case in this Court can be referred to non-binding mediation. The purpose of such is to assist the parties in understanding the strengths and weaknesses of their respective positions and to facilitate settlement.

Do you wish to use such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish a mediation plan for this case?

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　__Yes__

　　　　　　　　　　　　　　　　　　　　　　　　　　　**(answer yes or no)**

2.

If the parties in a case elect to do so, a civil case in this Court can be referred to binding or non-binding arbitration. In some instances, arbitration may be quicker, cheaper, and less formal than litigation. Its outcome can be binding or purely advisory, depending on the parties' agreement. The parties can also agree to tailor the rules of procedure.

Do you wish to consider such a procedure and for your lawyer to meet with opposing counsel and a Judge of this Court to establish an arbitration plan for this case?

_____Yes_____<br>**(answer yes or no)**

3.

If all parties in a case consent and the Court concurs, the right to proceed before a United States District Judge may be waived, and the case can be presided over by a United States Magistrate Judge.

Would you like to consider use of a Magistrate Judge and receive more information on this alternative?

_____Yes_____<br>**(answer yes or no)**

I have reviewed with my attorney the above notice and have indicated my desired responses to paragraphs 1, 2, and 3.

Respectfully submitted, this <u>2nd</u> day of December, 2024.

Hall Booth Smith, P.C.

| | |
|---|---|
| 3528 Darien Highway, Suite 300<br>Brunswick, Georgia 31525<br>T: (912) 554-0093<br>F: (912) 554-1973<br>rlittlefield@hallboothsmith.com<br>tmontenegro@hallboothsmith.com | */s/ Tiffiny Montenegro*<br>R. WELLS LITTLEFIELD, III<br>Georgia Bar No. 335211<br>TIFFINY MONTENEGRO<br>Georgia Bar No. 223997<br>*Counsel for Defendant Dillon Veal, PA* |

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| JEFFREY GARDNER<br><br>　　　　Plaintiff,<br><br>v.<br><br>JASON BOHANNAN; JAMIE WILSON; JAMES JACOBS; LARRY PERRY; GARRETT ABLE; CHRISTOPHER BEERS; AND DILLON VEAL,<br><br>　　　　Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**5:24-CV-00081-LGW-BWC** |

**CERTIFICATE OF SERVICE**

　　　　I hereby certify that I have this day served a copy of the within and foregoing **NOTICE OF ALTERNATIVE DISPUTE RESOLUTION AND CASE MANAGEMENT PROCEDURES** upon all parties to this matter via the CM/ECF filing system for the Southern District of Georgia, which will automatically send an electronic notification of such filing to the following:

Derek S. Rajavuori, Esq.
**DSR Law, LLC**
6075 Barfield Road, Suite 3300
Sandy Springs, Georgia 30328
derek@dsrlawyer.com
*Counsel for Plaintiff*

　　　　This <u>2nd</u> day of December, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　Hall Booth Smith, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tiffiny Montenegro*
3528 Darien Highway, Suite 300　　　　　　TIFFINY MONTENEGRO
Brunswick, Georgia 31525　　　　　　　　　Georgia Bar No. 223997
T: (912) 554-0093　　　　　　　　　　　　　*Counsel for Defendant Dillon Veal, PA*
tmontenegro@hallboothsmith.com

3