IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JEFFREY GARDNER<br><br>          Plaintiff,<br><br>v.<br><br>JASON BOHANNAN; JAMIE WILSON; JAMES JACOBS; LARRY PERRY; GARRETT ABLE; CHRISTOPHER BEERS; AND DILLON VEAL,<br><br>          Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**5:24-CV-00081-LGW-BWC** |

**DEFENDANT DILLON VEAL, PA'S DISCLOSURE STATEMENT OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I, counsel for Defendant Dillon Veal, PA, hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| Dillon Veal, PA | Defendant |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Dillon Veal, PA | Owner (50%) FFP Sub, LLC |
| Brantley Page, PA | Owner (50%) FFP Sub, LLC |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds

ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| FFP Sub, LLC | Limited Liability Company contracted to provide medical services with Brantley County Sherriff's Office |
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.** This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
| N/A |  |  |
|  |  |  |

Respectfully submitted this 2nd day of December 2024.

Hall Booth Smith, P.C.

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
F: (912) 554-1973
rlittlefield@hallboothsmith.com
tmontenegro@hallboothsmith.com

*/s/ Tiffiny Montenegro*
R. WELLS LITTLEFIELD, III
Georgia Bar No. 335211
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendant Dillon Veal, PA*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| JEFFREY GARDNER<br><br>    Plaintiff,<br><br>v.<br><br>JASON BOHANNAN; JAMIE WILSON; JAMES JACOBS; LARRY PERRY; GARRETT ABLE; CHRISTOPHER BEERS; AND DILLON VEAL,<br><br>    Defendants. | **CIVIL FILE ACTION NUMBER:**<br><br>**5:24-CV-00081-LGW-BWC** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANT DILLON VEAL, PA'S DISCLOSURE STATEMENT OF PARTIES AND INTERVENORS** upon all parties to this matter via the CM/ECF filing system for the Middle District of Georgia, which will automatically send an electronic notification of such filing to the following:

Derek S. Rajavuori, Esq.
**DSR Law, LLC**
6075 Barfield Road, Suite 3300
Sandy Springs, Georgia 30328
derek@dsrlawyer.com
*Counsel for Plaintiff*

This 2nd day of December 2024.

Hall Booth Smith, P.C.

*/s/ Tiffiny Montenegro*
TIFFINY MONTENEGRO
Georgia Bar No. 223997
*Counsel for Defendant Dillon Veal, PA*

3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
T: (912) 554-0093
tmontenegro@hallboothsmith.com