AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JEFFREY GARDNER,

Plaintiff.

v.

JASON BOHANNAN, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-81

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 17, 2026, this matter is hereby consolidated with Case No. 5:25-cv-079. This case stands closed.

Approved by: ________________________

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

August 19, 2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

Jamie Hodge
*(By) Deputy Clerk*